UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EMMA CANNADY,

        Plaintiff,

vs.                                              Case No. 3:07-cv-174-J-33MCR

MOOSEHAVEN,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Complaint[2] (Doc. 1), as well as Plaintiff's Affidavit of Indigency (Doc. 2), which this Court construes as a motion for leave to proceed in forma pauperis. On March 14, 2007, the Court took Plaintiff's motion for leave to proceed in forma pauperis under advisement because Plaintiff's Complaint failed to set forth an identifiable cause of action. (Doc. 5). The Court directed Plaintiff to file an Amended Complaint by April 20, 2007 and noted that failure to file an Amended Complaint may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.01(a). (Doc. 5, p. 4). As of this date, Plaintiff has made no filing.

---

    [1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

    [2] The Court refers to Doc. 1 as Plaintiff's Complaint despite Plaintiff labeling this document as a "Notice of Rights to Suits."

When an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is filed, the Court is obligated to review the case pursuant to 28 U.S.C. § 1915(e)(2) and to dismiss the case if it determines the action is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if the complaint seeks monetary relief against a defendant who is immune from such relief.  In this case, Plaintiff filed a Complaint which contains only a short paragraph in which Plaintiff asserts she was taken off her work schedule because of her criminal background.  Although Plaintiff states she was given rights by the EEOC to sue Defendant, Plaintiff's Complaint sets forth no identifiable claim or ground for relief against Defendant.  Plaintiff does not set forth a sufficient factual basis for the suit, nor are any legal grounds apparent.

To the extent Plaintiff is attempting to assert a claim for employment discrimination, she may be able to do so under either Title VII or the Age Discrimination in Employment Act of 1964 ("ADEA"), depending on the reason for the suspected discrimination.  Plaintiff, however, seems to be alleging she was terminated because of her criminal background.  Notably, neither Title VII nor the ADEA provides a cause of action for discrimination based on a person's criminal background.  Title VII makes it unlawful for an employer to discriminate against a person based on their race, color, religion, sex, or national origin.  42 U.S.C. §2000e-2.  The ADEA makes it unlawful for an employer to discriminate against a person based on her age.  29 U.S.C. §621.  Accordingly, in its March 20, 2007 Order, the Court instructed Plaintiff that if she is attempting to bring a claim pursuant to Title VII, she should state such fact in her amended complaint and should also provide sufficient factual support for such claim.

See Grier v. Secretary of Army, 799 F.2d 721, 724 (11th Cir. 1986); 42 U.S.C. § 2000e-16.

Because Plaintiff failed to file an Amended Complaint on or before April 20, 2007, it is respectfully recommended that Plaintiff's Complaint be dismissed without prejudice to Plaintiff's filing a paid complaint.

Accordingly, after due consideration, it is

**RECOMMENDED**:

Plaintiff's Complaint (Doc. 1), be **DISMISSED** without prejudice to Plaintiff filing a paid complaint.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  24th  day of April, 2007.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

*Pro Se* Plaintiff
Hon. Timothy J. Corrigan,
    United States District Judge