## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

EMMA CANNADY,

               Plaintiff,

vs.                                             Case No. 3:07-cv-174-J-32MCR

MOOSEHAVEN,

               Defendant.

_____

## ORDER

This case is before the Court on Plaintiff's Complaint (styled as a "Notice of Rights to Suits") (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint by April 20, 2007 and warned plaintiff that failure to comply would result in the Magistrate Judge recommending that her complaint be dismissed without prejudice to filing a paid complaint.[1]  Plaintiff failed to file an amended complaint or any other response to the Court's Order and on April 24, 2007, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to prosecute without prejudice to plaintiff filing a paid complaint (Doc. 6).  No objections were filed and the time in which

_____

[1]The Magistrate Judge directed plaintiff to file an amended complaint because her filing contained insufficient factual or legal grounds to state a claim.

to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 6), it is hereby

**ORDERED**:

1.      The Report and Recommendation (Doc. 6) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.      Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3.      This case is dismissed without prejudice to plaintiff paying the filing fee to maintain the prosecution of this suit no later than **July 19, 2007**.  The Clerk shall close the file now, subject to reopening if plaintiff pays the filing fee by the July 19, 2007 deadline.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of June, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff

2